**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| JORGE LUIS CASTILLO CABRERA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-1170-KC |
| TODD BLANCHE et al., | § § | |
| Respondents. | § § § | |

## ORDER

On this day, the Court considered the case.  Castillo Cabrera filed a Petition for a Writ of Habeas Corpus, ECF No. 3, arguing that his detention is unlawful.  The Court ordered Respondents to show cause why the writ of habeas corpus should not be granted.  Apr. 23, 2026, Order, ECF No. 2; May 4, 2026, Order, ECF No. 7.

Respondents now concede that Castillo Cabrera was entitled to a bond hearing in immigration court.  Resp. 3, ECF No. 9.  And on March 27, 2026, an immigration judge held a bond hearing and denied Castillo Cabrera bond based on flight risk.  *Id.*; *see id.* Ex. A ("IJ Order"), ECF No. 9-1.  This Court "lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk [or danger] and therefore should be denied bond." *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citation omitted).  In other words, whether the Court agrees or not with the IJ's determinations regarding Castillo Cabrera's risk of flight, it lacks the power to alter those determinations.

Accordingly, Castillo Cabrera's Petition, ECF No. 1, is **DISMISSED** without prejudice for lack of jurisdiction.

**The Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 11th day of May, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE